EDWARD CLAWANS, appellant,

*v.*

ADMIRAL SAMPSON BUILDING AND LOAN ASSOCIATION et al., respondents.

[Decided September 18th, 1942.]

*Messrs. Eisenberg & Spicer,* for the appellant.

*Mr. Samuel Koestler* and *Mr. Charles Handler,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, whose opinion is reported at *131 N. J. Eq. 169.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.